UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 2 6 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Zachary Knotts
*(Enter above the full name of the plaintiff
or plaintiffs in this action).*

3465516
*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:22-CV-00469
*(Number to be assigned by Court)*

Judge Jennifer Baily

*(Enter above the full name of the defendant
or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes  X   No  _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Zachary Knotts and Ellen Heine

   Defendants: Judge Jennifer Baily

2. Court (if federal court, name the district; if state court, name the county);

   Southern district of WV

3. Docket Number: 2:22-CV-0416

4. Name of judge to whom case was assigned:

   Judge Tinsley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   pending, No determination of if an inmate in USA should get an attorney while in jail after his the counsel withdrew and have left Zachary the plaintiff in jail for 6 months with no hearing why he was arrested quit

6. Approximate date of filing lawsuit: 9-27-22

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** _SCRJ_

    A. Is there a prisoner grievance procedure in this institution?

        Yes _____ No _X_

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No _X_

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _The defendant is from Circuit Court a grievance will do no good_

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _Zachary Knotts 3465516_

        Address: _1001 Centre Way Charleston, WV 25309_

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Judge Jennifer Baily

is employed as: Judge

at Kanawha Co. Circuit Court 111 Court St, Charleston, WV 25301

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

8-1-22 and 10-14-22

Jennifer Baily 2x has violated my US Constitutional rights to freedom of press and freedom of speech. Civil rights were created for personal protection and safety in the USA! My 5th amendment due process of law was violated I filed the plea withdrawl first on my criminal cases in Kanawha Co. other 5th amendment violation was, there was no motion to merge 2 cases from 5 years apart, 2 seperate locations, 2 different witnesses of a case from 2019 and 2021, 20F109 20F273 21F371 If I Knew they were together in a plea, I'd never have signed it never ever! When WV Monica Schwartz hires a fired US Court prosecutor, Bad things like this will happen over charging people, there was double jepardy argument, I was indicted 2x on same

4

### IV. Statement of Claim (continued):

8 fake felonies with no evidence. I was not even in WV at the time of the criminal charges with no evidence. I was extradited from NJ, have to be tried where crime was commited. From 4-8-21 to 2-11-22 I was in jail with a 100,000$ paid bond ten months I never should have been in jail. 5-11-22 I withdrew plea before revokation of plea on 5-12-22. I did such a good job typing all corruption. I was arrested 2 days later, when I withdrew plea, everything goes back original and my bond is paid. I should not have been in jail past 6 months. I do not feel safe near this judge without my Constitutional rights, freedom of press and freedom of speech. so I can question witnesses myself, with stand by counsel recording me Live on FB for 1,000's of people to view and for this US Court Judge to watch on my youtube channel called Nutty Nutts

### V. Relief

See attatchment for the rest pg 1-4

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

US. Court Judge,
Order the defendant Judge Jennifer Baily who swore to uphold the USC at her affermation of office to give me my civil rights to freedom of press and speech at an inperson hearing to record. the one who had no consent to do a medical report on me and was paid 3,000$ to just walk past me. Order Baily to have my personal belongings from jail brought to the in person hearing, so I can use my cell camera to make a documentry of a WV court room hearing. to publish on my youtube channel and FB Live recording is the way ill do it so the Judge of this 1983 case, can see the order he made comes true and see my intelegence. with the questions I ask the witnesses, prosecutor, and Baily. Mark can record me I will record him. I could use his cell. Order Jennifer Baily to go to dollar tree but also buy me an android C-port Charging cord and have a USB plug-in avalible for me to use at the hearing, that is in person so no civil rights violations happen. If this does not happen I ask this US court Judge to order investigation and arrest for 18 USC 242 deprivation of rights under color of law, and order the FBI White color crime investigation for Medicaid Fraud

V.  **Relief (continued)):** 3 things have to be entered by Jennifer on this docket sheet she must enter a personal belonging order also

If this Judge Baily does not respond with an² in person court hearing date order to a change plea hearing following due process of law and plea revokation hearing same day and a 1.25 dollar tree c-port android charging cord³ reciept to make sure I can get my freedom of press and speech. If no answer I demand this US Court Judge enters an FBI white collar crime investigation order for all these and proof of service by Fed. Judge fellonies 18USC242, 18USC249 bias hate crime, and conspiracy of medicaid fraud entered on this cases docket sheet, no one deserves an entrapment a set up by WV state officials held in jail 6 months with no hearing and no effective counsel.

VII. **Counsel** Baily's order from this judge must say have a USB plug-in for cell on table of the court for Zachary's freedom of press and speech

[If FBI can not do it send order to US Marshals with proof of service entered to stop 18USC242 felony activity that is a threat to the public]

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

    Yes _____    No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: I've been trapped in jail 6 months can't get to my money to hire one. State will not give me effective counsel I am a political prisoner

C.  Have you previously had a lawyer representing you in a civil action in this court?

    Yes _____    No __X__

6

      If so, state the lawyer's name and address:

_____

_____

      Signed this _____ day of _____, 20____.

_____

_____

_____

_____

                                 Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-17-22_____.
                  (Date)

_____
                              Signature of Movant/Plaintiff

_____

**Signature of Attorney**
**(if any)**

7

1-4

There is no WV state statue for order she made, public and this US court need to see proof of medicaid medicare fraud she's a conspirator to. Freedom of press will get you this criminal evidence of federal fraud

US Court Judge on youtube, find me to see your order is fulfilled Nutty Nutts my pic is a blue hard hat with iceberg pic or type WV welfare Crackheads apartment. you'll find me subscribe, bell all, and you Judge will see how profecional I can be in a court room. believe me I will be in order to collect evidence for future legal actions. this Judge has caused a lot of bodily harm to me she used my body for Medicaid fraud. 9-9-22 I was beat naked by jail staff pod A5 cells carried out of jail, forced into a RICO crime scene. 9-9-22 seziure from stress this Judge caused. I was logged out of the WV DOC, from 9-9-22 to 9-21-22 my body was used for fraud of Medicaid 750$ a day. I never did one vital sign, never swallowed one pill, never went to one doctor at the RICO crime scene. case 2:21-cv-00176 shows $818,532.80 of bills with no record. This Judge Baily paid a sycologist Tim Sarrs near 3,000$ to just walk past me. He had no consent to treat me, no consent to do a report, no consent to be paid! on 9-16-22 @ 9:30am unit C1 day area is when Sharpe hospital. this, fraudulent scam crime happened. Attorney Mark Plants on 10-15-22 by global tellink jail phone was told all dates and times of abuse that this defendant Baily caused to my body Judge Baily, Just made an order to steal more Medicaid fraud, for up to 90 days of 750$ a day theft of medicaid, I will not see one doctor I will not do anything medialy related. I do not need it. I will refuse everything. This is a serious threat to my body, and the medicaid funds of America. I do not qualify for medicaid, she Baily knows this from case 2:22-cv-0416. this is criminal activity conspiracy to fraudulent scam felony Mark Plants 304 767-8523 recorded call said he would file a motion for a true expert witness from Clayman and associates Cody is his name, to do an actule evaluation. he already did one he knows I am fine. 8-17-21 he testified he will have consent to do a report, I'll have my attorney present, by state law I have rights to be at a competency hearing. I want to be present at court to use freedom of press to show public all Medicaid fraud going on and I need a camera on this Judge and witnesses, inside a courtroom, I am concerned about her cognation. cognative abilities for not answering one motion. since when she was assigned 7-11-22 leaving me in jail so long with no hearing, not giving me an attorney 25th amendment should apply to her. my bond is paid I should not

Greatest best case law in USA for proof you can sue anyone for anything is MI state Supreme Court case a man sued a man for a bag of beans. yahoo.com or google this to find case# WV jail has no PC or law library for 600 people @ SCRJ

2-4

be in jail I filed a plea withdrawl first, Baily is acting as a Judge and witness at the sametime this is not allowed, this needs to be recorded. for public to see her making up her own state laws, this needs to be shown to the public. there is no state law that says she can do anything she is doing. civil rights of freedom of press and speech inside a court room, will protect my body from unlawfulness and criminal activity Baily is doing as a Judge. this case is for personal and public safety, that her unlawful-ness is a threat to. I never committed a crime prosecutor said it herself on record. after she danced a cheerleading move shouted yes! this is on record. I am on a mission to protect the public. I made a big difference I changed laws in WV with Senate bill 702 entroduced same day my RICO case was entered on 3-22-21. I need civil rights to protect public from Baily and protect my self from her. a Camera is for safety. I was robbed by Belinda Mundy who typed transcripts 3x she defrauded me. I paid for her goods and services but was robbed!

the most needed and important parts 3x are missing. I paid for these transcripts myself. I can not enter Kanawha Co. Circuit Court with out freedom of press and speech. my 14th, 8th, 5th amendments were violated, but first amendment will protect me the most 10-15-22 Mark Plants answered the first call from me in 6 months to his cell and said he'd file a motion to get Cody the sycologist to go to do an evaluation. he is so close to this jail. there is no reason to force me 2 hours from jail into the RICO crime scene. to steal medicaid fraud using my social security # by loging me out of the WV DOC. this is how the criminal organization WVU meds and WVDHHR steals over 54 million a year. Case 2:21-CV-00176 proves this. I do not want my body used for any more fed. fraud. freedom of press is the only way to stop it at an in person hearing. Ineffective with drew counsel Mark Plants lied to me about the plea. A camera would have proved this. I tried to get all audios of my case but first Judge Carrie Webster broke laws will not give them to me. under WV law 29-b-1-1 FOIA law. I want to impress this US Court Judge

by asking witnesses, prosecutor, Judge all on camera questions and impress 1,000's of views on youtube. Camera at an in person hearing and me speaking will do it. with First Amendment. Mark Plants said on 10-15-22 that he would collect all camera footage of bodily harm this Judge

3-4

witness in state court and defendant has caused to my body, I want freedom of press to show the public at the inperson hearing here. she paid a not expert witness near 3,000$ to just walk past me 9-16-22 9:30am C1 day area I want public to see me beat naked all this to be forced into RICO Medicaid fraud! 9-9-22 left of C1 nurse station seizure I was unconcense public needs to see me be over dosed on drugs not even made for a seizure Thorizine 100mg shot to right of C1 nurse station I was so over dosed I could not walk right before this, at entrance of the RICO the CEO Patrick Ryan who I am suing forced me into Medicaid fraud! all this abuse has caused bodily harm WV Prosecutor said on record I never threatened anyone, she over charged me, I've been in jail total of 17 months for no crime 20F273 was to be dismissed 8 fake felonies it was to be NO part of a plea. 21F371 was to be a plea but she the prosecutor danced shouted YES! because it was entrapment of where I'm at now. for rules of plea I followed I subpeana this plea on case 2:22-cv-0416 I called WVCPD 304.558.9911 more than 1x on 5-11-22 @ 12:37 plea never said prearainge a time with capital police. Not more than any amount of time! like call 3 hours before you show up, I had their permission to come so I did. I need civil rights in a court room and a withdrawl of a plea, that I have rights to. my typed version shows all this entered 5-11-22 I need a change plea hearing to not guilty as Monica the fired for over charging innocent people as a fed prosecutor said herself after ten months of jail that I was not guilty on 12-13-21 she read my own words said this is not a threat. I had told Mark same thing, before plea hearing he told me on record, I had to plead guilty she just wants you to do this. No one deserver this long in jail with paid bond, and take corruption and abuse. I am I fear the RICO so much cuz U.S.D.O.J. Sued Ely Lilly, the owner of Zyprexa drug for 1.5 Billion $ They abuse people with this poison Ely was sued for misuse of med, my penis for 14 days did not work Aug. 4-17 of 2021 being forced on this, by ten people holding me down I was sexualy abused used for fraud. 200 others are abused for fraud. I never seen a doctor. I am not ill at all. I need a camera to protect myself from this dangerous public safety Threat Judge Baily she is a threat to my health. cameras Mark is to get will prove bodily harm I've suffered there needs to be by law a plea revokation hearing. If I was violating probation, why was I not given by WV law a 30 day sentence to jail, when I seen P.O. on 5-9-22 probation violations was from 4-27-22 camera is needed to find answers to this corruption and entrapment. paying someone 3,000$ to walk past me not answering any motion in 4 months, not having a hearing in person to show evidence is a public safety threat.

Help me save my life from Mark Plants
★ Ineffective counsel will not give me or my legal power of attorney Ellen Heine
the forged, no consent, fraudulent scam competency evaluation Mark is going
to hurt me he is planing to hurt me. I know it

4-4

Other reason a camera is so important is I am in fear of what my ineffective withdrew counsel might do. He was so mad when I would not sign first plea where I knew 8 fake felony case 20F273 was in it. I'll get jail camera behind glass cameras of this one day. I was punching glass saying No I'll not sign plea to 20F273. Then my own attorney beging me not to withdraw plea. Then telling me on record I had to plea guilty she just wants you to do this, is 3 serious things that makes me believe he was part of this entrapment. add only one visit in going on six months. only one phone answer from 5-13-22 to 10-15-22 Then more proof ineffective counsel was in on it was. lying to me telling me WV Capital police calls are not recorded. telling me in a court room cameras do not record these kinda lies anyone would be in fear of what. ineffective counsel might intentionaly do to make me be put away for life, to not win my civil cases from where I was beat, tortured abused with drugs, I never needed or wanted for 1,258 days and no record to back up 818,532.80 of bills and I suffer from CPTSD to this day from nightmares of abuse at the RICO, from 11 years ago all my problems in life is from what you see in case 2:21-CV-00176 not a TBI 20 year old injury, I need my Constitutional rights inside a court house, with a Judge who swore to uphold the USC but is not. I will feel safe with a camera in my hand, on my attorney. the defendant Baily will not replace who is ineffective, I will feel safe and healthy not stressed by all this abuse of power. when I have a camera freedom of press on me as I use freedom of speech, questioning witness, prosecutor myself. to show the public. No with civil rights. I'll be at a high risk of a seziure at court. Case 1:21-CV-0050 proves it's posable at court. but a camera will calm me down. I'll not be stressed so this is a health issue request for my civil rights. one day on my channel you'll hear 911 call see me laying on floor of court house restroom. leg shaking all the abuse and threats of 20F273 has caused me 6 seziures. It was to be no part of a plea. I was forced to sign a plea manipulated into pleading a guilty Mark Plants was prosecutor. ten years. lied for a living. lied me into signing. he was so agresive day I signed. telling me on record I had to plea guilty. I need civil rights ordered at an in person competency hearing and all other hearings of this court case. since 6 transcripts earlier were tampered with that I paid for. US Court Judge I pray you grant me my 14th amendment order Baily to schedule a change plea hearing and order her to have me record it 4th2C

J Wessle
301 Centre Way
Charleston WV
25309

US Court Clerks office
500 Virginia street
Charleston WV
25301

CHARLESTON WV 250
24 OCT 2022 PM 3 L

25301-25300



South Central Regional Jail
1001 Centre Way
Charleston, WV 25309