IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ZACHARY KNOTTS,

        Plaintiff,

v.                                CIVIL ACTION NO.   2:22-cv-00469

JUDGE JENNIFER BAILY,

        Defendant.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On July 26, 2023, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendation ("PF&R"), [ECF No. 24], recommending that the court dismiss Plaintiff's Complaint, [ECF No. 2], and this civil action under Rule 12(h)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915A.

On September 12, 2023, Plaintiff filed a Motion for an Extension of Time to Answer the Proposed Findings and Recommendations. [ECF No. 26]. The court granted this motion and gave Plaintiff a new deadline of September 25, 2023, to file objections. [ECF No. 27]. Neither party filed objections to the PF&R, and the new deadline for doing so has passed.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The Plaintiff's Complaint, [ECF No. 2], and this civil action is **DISMISSED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 2, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE